IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:12-CV-249-FL

| | |
|---|---|
| Lawrence Stanley, Jr., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | ORDER |
| ) | |
| Carolyn W. Colvin, ) | |
| Acting Commissioner of ) | |
| Social Security, ) | |
| ) | |
| Defendant. ) | |

Plaintiff, through counsel, has submitted a Motion for Voluntary Dismissal of Plaintiff's Complaint.

Plaintiff's motion is hereby GRANTED and Plaintiff's Complaint shall be dismissed without prejudice.

So ORDERED.

This ___8th___ day of March, 2013.

_____
LOUISE W. FLANAGAN
UNITED STATES DISTRICT JUDGE